

Pertaining to

Nigel Edge

Vs.

Brian Shaner

Case#25CV002384-090

Intentional Tort (Hate Crime)

Nigeledge3@gmail.com

(910)338-6314

# STATE OF NORTH CAROLINA

County: Brunswick

File No. 25CV002384-090

FILED
DATE: May 7, 2025
TIME: 4:06:18 PM
BRUNSWICK COUNTY
CLERK OF SUPERIOR COURT
BY: H. Walden

In The General Court Of Justice
☐ District  ☐ Superior Court Division

**GENERAL CIVIL ACTION COVER SHEET**

☒ INITIAL FILING   ☐ SUBSEQUENT FILING

Rule 5(b) of the General Rules of Practice for the Superior and District Courts

**Name And Address Of Plaintiff 1**
Nigel Edge
157 NW 10th St
Oak Island NC 28465

**Name And Address Of Plaintiff 2**

**VERSUS**

**Name And Address Of Defendant 1**
Brian Shaner
3114 Croasdaile Dr.
Durham NC

**Summons Submitted**   ☐ Yes   ☐ No

**Name And Address Of Defendant 2**

**Summons Submitted**   ☐ Yes   ☐ No

**Name And Address Of Attorney Or Party, If Not Represented** (complete for initial appearance or change of address)
Pro Se

**Telephone No.** (910) 338-6314
**Cellular Telephone No.**
**NC Attorney Bar No.**
**Attorney Email Address**

☒ Initial Appearance in Case   ☐ Change of Address

**Name Of Firm**
**Fax No.**

**Counsel For**
☐ All Plaintiffs   ☐ All Defendants   ☐ Only: (list party(ies) represented)

☐ Jury Demanded In Pleading   ☐ Complex Litigation   ☐ Stipulate to Arbitration

## TYPE OF PLEADING

(check all that apply)

- ☐ Amend (AMND)
- ☐ Amended Answer/Reply (AMND-Response)
- ☐ Amended Complaint (AMND)
- ☐ Assess Costs (COST)
- ☐ Answer/Reply (ANSW-Response) (see Note)
- ☐ Change Venue (CHVN)
- ☐ Complaint (COMP)
- ☐ Confession Of Judgment (CNFJ)
- ☐ Consent Order (CONS)
- ☐ Consolidate (CNSL)
- ☐ Contempt (CNTP)
- ☐ Continue (CNTN)
- ☐ Compel (CMPL)
- ☐ Counterclaim (CTCL) Assess Court Costs
- ☐ Crossclaim (list on back) (CRSS) Assess Court Costs
- ☐ Dismiss (DISM) Assess Court Costs
- ☐ Exempt/Waive Mediation (EXMD)
- ☐ Extend Statute Of Limitations, Rule 9 (ESOL)
- ☐ Extend Time For Complaint (EXCO)
- ☐ Failure To Join Necessary Party (FJNP)

- ☐ Failure To State A Claim (FASC)
- ☐ Implementation Of Wage Withholding In Non-IV-D Cases (OTHR)
- ☐ Improper Venue/Division (IMVN)
- ☐ Including Attorney's Fees (ATTY)
- ☐ Intervene (INTR)
- ☐ Interplead (OTHR)
- ☐ Lack Of Jurisdiction (Person) (LJPN)
- ☐ Lack Of Jurisdiction (Subject Matter) (LJSM)
- ☐ Modification Of Child Support In IV-D Actions (MSUP)
- ☐ Notice Of Dismissal With Or Without Prejudice (VOLD)
- ☐ Petition To Sue As Indigent (OTHR)
- ☐ Rule 12 Motion In Lieu Of Answer (MDLA)
- ☐ Sanctions (SANC)
- ☐ Set Aside (OTHR)
- ☐ Show Cause (SHOW)
- ☐ Transfer (TRFR)
- ☐ Third Party Complaint (list Third Party Defendants on back) (TPCL)
- ☐ Vacate/Modify Judgment (VCMD)
- ☐ Withdraw As Counsel (WDCN)
- ☒ Other (specify and list each separately)
  Personal Injury (tort)

NOTE: All filings in civil actions shall include as the first page of the filing a cover sheet summarizing the critical elements of the filing in a format prescribed by the Administrative Office of the Courts, and the Clerk of Superior Court shall require a party to refile a filing which does not include the required cover sheet. For subsequent filings in civil actions, the filing party must include either a General Civil (AOC-CV-751), Motion (AOC-CV-752), or Court Action (AOC-CV-753) cover sheet.

(Over)

AOC-CV-751, Rev. 3/19, © 2019 Administrative Office of the Courts

| | CLAIMS FOR RELIEF | |
|---|---|---|
| ☐ Administrative Appeal (ADMA) <br> ☐ Appointment Of Receiver (APRC) <br> ☐ Attachment/Garnishment (ATTC) <br> ☐ Claim And Delivery (CLMD) <br> ☐ Collection On Account (ACCT) <br> ☐ Condemnation (CNDM) <br> ☐ Contract (CNTR) <br> ☐ Discovery Scheduling Order (DSCH) <br> ☐ Injunction (INJU) | ☐ Limited Driving Privilege - Out-Of-State Convictions (PLDP) <br> ☒ Medical Malpractice (MDML) <br> ☐ Minor Settlement (MSTL) <br> ☐ Money Owed (MNYO) <br> ☐ Negligence - Motor Vehicle (MVNG) <br> ☐ Negligence - Other (NEGO) <br> ☐ Motor Vehicle Lien G.S. Chapter 44A (MVLN) <br> ☐ Possession Of Personal Property (POPP) | ☐ Product Liability (PROD) <br> ☐ Real Property (RLPR) <br> ☐ Specific Performance (SPPR) <br> ☐ Other (specify and list each separately) |

Date: 5/7/2025

Signature Of Attorney/Party: Nyel Edge

**FEES IN G.S. 7A-308 APPLY**
Assert Right Of Access (ARAS)
Substitution Of Trustee (Judicial Foreclosure) (RSOT)
Supplemental Procedures (SUPR)

**PRO HAC VICE FEES APPLY**
Motion For Out-Of-State Attorney To Appear In NC Courts In A Civil Or Criminal Matter (Out-Of-State Attorney/Pro Hac Vice Fee)

| No. | ☐ Additional Plaintiff(s) |
|---|---|
| | |
| | |
| | |
| | |

| No. | ☐ Additional Defendant(s) | ☐ Third Party Defendant(s) | Summons Submitted |
|---|---|---|---|
| | | | ☐ Yes ☐ No |
| | | | ☐ Yes ☐ No |
| | | | ☐ Yes ☐ No |
| | | | ☐ Yes ☐ No |
| | | | ☐ Yes ☐ No |

Plaintiff(s) Against Whom Counterclaim Asserted

Defendant(s) Against Whom Crossclaim Asserted

AOC-CV-751, Side Two, Rev. 3/19
© 2019 Administrative Office of the Courts

# Superior District Court of Justice

## Brunswick County

FILED
DATE: May 7, 2025
TIME: 4:01:32 PM
BRUNSWICK COUNTY
CLERK OF SUPERIOR COURT
BY: H. Walden

**Nigel Max Edge**

Vs.

**Brian Shaner**

Case # 25CV002384-090

Complaint

## Plaintiff

**Nigel Edge**

157 Nw 10th Street

Oak Island, Nc 28465

## Defendant

**Brian A. Shaner**

3114 Croasdaile Drive

Durham Nc

## Intentional Tort as a Hate Crime towards

## Nigel Edge because he is not a LGBQT/Pedophile

In the Discovery of a **"Civil Conspiracy,"** responsible for the "Human Trafficking," and "Personal injuries," of Nigel Edge by the LGBQT Community a patient of Doctor Brian Shaner, It has been determined with PROOF BEYOND A REASONABLE DOUBT that Doctor Shaner has been found guilty of "Promoting Suicide," and Intentional Infliction of Emotional Stress by providing sub-standard care, communicating in LGBQT/PEDOPHILIA Code throughout his

1

interactions with the patient. His inconsistent and falsifying of lab tests are intended to create Intentional Infliction of Emotional Stress to "Promote Suicide," of the plaintiff/patient following a LGBQT/Pedophile/terrorist code laid out in the plaintiff's LGBQT issued Social Security Number.

At the Conclusion of the Abu Ghraib Scandal, it was concluded to be TREASON. In attempting to follow this plan, Dr. Shaner, has indirectly admitted that he is a LGBQT/Pedophile/terrorist, and is attempting to continue TREASON that occurred in Abu Ghraib, a "Human Genocide of Straight men within the armed forces," otherwise known as the "Global War on Terror," responsible for the attacks on the WTC and Pentagon on 9/11.

### Keys for interpretation

LGBQT- QTLGD-Q(You) T(Eat) LG(Large)D(Dick)

### Anagrams

A word, phrase, or name formed by rearranging the letters of another, such as cinema, formed from Iceman.

### Palindrome

A word, sentence, verse, or even number that reads the same backward or forward.

### Phonetic

A system of writing, having a direct correspondence between symbols and sounds, spelling words the way they sound.

### Imagery

Visually descriptive or figurative language, especially in literary work.

**Dyslexic**-likes dicks, or in this case kids; reading in reverse

### Numeronym

a word, usually an abbreviation, composed partially or wholly of numerals (the plaintiff's social security number)

Hope(ho-pee) for warrior's

**OSAMA BIN LADEN**-NEED ALL IN PEE A MASS O(Ring)

2

Social Security Number-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(GEZ 86((murder (attempted in Iraq)) now suicide)



"Evil Gays," used in the False Birth certificate (supposedly an official document created by LGBQT Community).



-The false "Certificate of Birth Registration," created at 61 Washington Ave, Suffern, NY, reveals that this was the birthplace of this plan at the "Village of Suffern (U.S. Firm of Evil Gays). This exhibit shows that this hate crime was a **lifelong sentence** created at the issuance of this document and that every act of cruelty and manipulation throughout Nigel Edge's life is directly related to LGBQT organization

-The Plaintiff is aware that this information should be kept private, however, to do so would add more danger than to expose it in order to fix an already nightmarish situation

-Friendly reminder to the court that Nigel Edge's legal name was previously Sean DeBevoise as observed on his Social Security Card above, he has legally changed this since.

3

-The Plaintiff's former name in a phenetic Latin anagram translates to "Going to see neas(sean) dead" Sean DeBevoise- Sean(neas) DeB-dead, Voy(latin)-going to, se(see)

-The amount of hardship in Nigel Edge's life is far more than average as a good person, educated and not a criminal

-The LGBQT Community repetitively intercepts the Plaintiffs life and that Nigel Edge survived something he wasn't expected to and is now able to follow the LGBQT trail exposing exploitations made on his life.

-This is textbook Human Trafficking with documentation

-LGBQT communication can be found within 9/11(Eleven (referring to gay rights; evele Z) Nine(nnie) attacks on the WTC(C(see) TEAM); World trade Center((C)see-enter, world trap)

Although there is already an active case with regards to the plaintiff and VA medical treatment, Brian Shaner continues to "Harass the Patient," continually shifting medication dosage that drastically affects the patient(plaintiff's) life, even after the referral to a specialist's recommendation for it at a prescribed dosage. That Dr. Shaner's actions completely contradict a doctor's oath isolates his complete disregard for the patient's well-being for his sadistic pleasure, continuing the "Torture," and mindset of the "Abu Ghraib Scandal," and it's "Human Genocide towards Straight men," that has stained America's history.

These actions motivated as a "Hate Crime," towards the plaintiff continued from previous attempts of Murder are or should be considered "Criminal," towards a "Honorable," and already handicapped veteran, for the same type of reasons (Hate Crime).

It has been determined that Doctor Shaner has manipulated and lied about lab results in order to sabotage the patient.

Dr. Shaner has ignored multiple requests for medication adjustments, and requests for an eligible patient Adaptive Housing Grant from the Veteran's Affairs.

Based on the conclusion of the Abu Ghraib Scandal run by LGBQT/Terrorist/pedophiles, Doctor Shaner is committing TREASON by continuing with the "Treatment," discussed.

Doctor Shaner referred the patient to the Dipsy clinic for medication adjustment, upon the medication adjustment was returned to Dr. Shaner for Primary care, where Doctor Shaner falsely claimed lab work and started a regiment to take the patient off the medication that the dipsy clinic just ordered.

Dr. Shaner has suggested on multiple occasions "Sexual Favors," because he knows the patient is "Endowed," and is the reason he was "Trafficked," in Epstein's Mass Pedophile Ring uknown until recent as his "Trophy," because of the use of "Hidden Camera's, and LGBQT code. The plaintiff has had to learn LGBQT code in order to understand the circumstanced that led to his wounds in Iraq.

4

Dr. Shaner is part of the LGBQT Community and directly translates to You-eat-a-large Dick in phenetic-anagram translation. And is the reason the patient continues to be harassed, however the plaintiff is not a pedophile, and is not gay.

The Plaintiff has been severely wounded for over 20 years now and is EMT trained and educated more than most doctors. This medical treatment is contradictory in "Common Sense" for the patients "Well-being," and is solely intended to cause Stress for the plaintiff/patient.

Based on Doctor Shaner's Treatment of the plaintiff it reveals that Dr. Shaner is a "Pedophile/terrorist" by continuing the attempt of murder that the plaintiff survived in Iraq. Following the LGBQT plan laid out in the Plaintiff's Social Security number of 122 68 6320, Doctor Shaner is not only committing TREASON but is violating Nigel Edge's 14th Amendment Right, and 8th Amendment Right based on the Conclusion of Case #25-1261, that by continuing with this treatment, Dr. Shaner is subjecting the plaintiff to CRUEL AND UNUSUAL PUNISHMENT as a LGBQT PRISONER being "Human Trafficked.

Related Cases (Active);

Veteran's Affairs #7:25-CV-203-BO

Novant # 25 CVS 139-90

Captors # 7:25-CV-371-BO

8th Amend on Appeal # 25-1261

Are all active cases related to the Human Trafficking and "Civil Conspiracy," pertaining to WHITE SUPREMACIST PEDOPHILE Ring that is "Promoting Suicide" for the plaintiff because of what they did to the plaintiff, the plaintiff has never done anything wrong.

The Plaintiff has been strategically lied to over the years, following various accusations in an attempt to discredit his status, however his actions speak for themselves.

This is a continue of a long line of doctors who have committed similar acts towards the plaintiff, however the plaintiff is highly educated, not a criminal, and is simply being bullied for what he survived because it incriminates the LGBQT Community of "Human Rights Violations committed worldwide," that has disgraced America.

The Plaintiffs' credentials are as follows and should be provided the respect accordingly.

5

# NIGEL M. EDGE
157 Northwest 10th St, Oak Island, NC 28465 • (910) 338-6314 • Nigeledge3@gmail.com

Combat wounded Marine veteran and non-commissioned officer who served in elite special operator role performing surveillance, reconnaissance, intelligence analysis and long-range marksmanship. Planned operations with leadership to perform counterinsurgency missions and apprehension of high value targets. Also serves as advocate and spokesperson for wounded veterans, giving speeches and media interviews and participating in fundraisers to support non-profit serving wounded veterans; additionally, raised awareness of student veteran needs on community college campus with school administration.

## EDUCATION

**ST. ANDREWS UNIVERSITY**, LAURINBURG, NC                                    MAY 2015
**MASTER'S IN BUSINESS ADMINISTRATION**(PARTIAL)

**BACHELOR OF SCIENCE, INTERDISCIPLINARY STUDIES**                            MAY 2014
Concentrations in Biology and Psychology; Minor in Art
Senior Thesis researched-Interdisciplinary studies major focuses on the interactions of Biology, Psychology, and Art within the individual and globally, evaluating the balance of war and humanity. This is a unique area of study providing up to date data and analysis of cause and events of mankind both past and present. Using my firsthand unique experience of the world I have developed an individual perspective on the world that allows me to express what it is to be human in the best, worst and even spiritual ways.
GPA: 3.35; Dean's List

**RICHMOND COMMUNITY COLLEGE**, HAMLET, NC                                    MAY 2009
**ASSOCIATE DEGREE - GENERAL EDUCATION**

**CAPE FEAR COMMUNITY COLLEGE**, WILMINGTON, NC                               MAY 2008
**CERTIFICATE IN PARALEGAL TECHNOLOGY - CIVIL LITIGATION TRACK**
- Featured in documentary entitled "The Wounded Come Home", coordinated by UNC film professor Lou Buttino.
- Invited to give speech at campus Veteran's Day commemoration.
- Advised Dean on ways school could support student veterans; influenced creation of veteran meeting space on campus.

## MILITARY EXPERIENCE

**UNITED STATES MARINE CORPS**, CAMP LEJEUNE, NC, HAITI, IRAQ        SEPTEMBER 2003 - JUNE 2009

6

**WOUNDED WARRIOR REGIMENT**                                         OCTOBER 2006 - JUNE 2009

**2ND RECONNAISSANCE BATTALION**, CAMP LEJEUNE, NC & IRAQ            NOVEMBER 2005 - OCTOBER 2006
**SERGEANT/SCOUT SNIPER**
0321/8541One of only 300 scout snipers in Marine Corps and graduate of world's most elite and difficult sniper school, which requires excellent physical and mental fitness. Trained as special operator to provide reconnaissance, surveillance and long-range marksmanship from concealed locations to support maneuvering units.
- Team leader of 6 man sniper team, selected for leadership role as only school-trained sniper; managed day-to-day operations, training, discipline, health and welfare, and highest level of unit readiness.
- Planned missions supporting counterinsurgency operations in consultation with platoon leadership by reviewing mission statements, determining human and equipment resources, developing timelines, delegating responsibilities and ensuring team had all necessary supplies.
- Researched and analyzed data from military intelligence database and ran reports to plan and support strategies and goals of operations.
- Conducted surveillance and reconnaissance to collect intelligence on potential insurgent activity and provided reports and pictures to command for mission planning.
- Participated in prisoner apprehensions to take suspects into questioning and document identities, conducted raids of suspicious sites and provided support to security and infantry operations.

**3RD BATTALION, 8TH MARINE DIVISION**, CAMP LEJEUNE, NC, HAITI, IRAQ    APRIL 2004 TO NOVEMBER 2005
**SCOUT SNIPER**
- 0351 Anti-Tank Assaultman; trained with Tank identification, Javelin(shoulder fired antitank missile), SMAW(Shoulder-launched Multipurpose Assault Weapon), and improvised explosives.
- Provided surveillance, concealed security and quick reaction force combat support to units conducting apprehensions of high value targets in Iraq and other missions.
- Gathered intelligence by building relationships with locals and conducting surveillance and reconnaissance of suspicious sites.
- Served as vehicle commander for 4-man Humvee team during deployment to Haiti providing security and support for humanitarian operations; ensured Marines were briefed and supplied.
- Escorted high-level dignitaries as well as prisoners; searched prisoners and confiscated weapons.
- Guarded checkpoints and US embassy, conducted security patrols and guarded humanitarian operations.

## VOLUNTEER EXPERIENCE

**HOPE FOR THE WARRIORS**, JACKSONVILLE, NC                                           2006 - PRESENT
- Participated in athletic events and retreats with non-profit serving wounded warriors.
- Served as spokesperson at events and fundraisers, giving speeches and media interviews.
- Invited to attend annual gala as member of organization's hand cycle team; guest of honor when organization rang opening bell at NASDAQ.
- Attended Care Coalition Conference, an event for organizations and military personnel involved with providing care to wounded Special Operations troops, to advise Executive Vice President on how coalition could serve Marines.

## CERTIFICATIONS AND SKILLS

- CPR
- Gunsmith, Penn Foster Career School, Scranton, PA: repair, maintenance and construction of weapons
- Weapons Qualification: Colt 45 and Remington Model 700/M40
- Knowledge of M9 pistol, M203 grenade launcher, M249 squad automatic weapon (SAW), M240G machine gun, M2HB .50 caliber machine gun, MK19 grenade launcher, M136 84mm launcher and high-explosive anti-tank cartridge (AT-4)
- Possessed security clearance (expired)

7

- Owned and Operated "Game On" Fishing Charters
- 30 Ton Coast Guard Captains License
- Published Author of Personal Memoir "**Headshot**"
- Owned and Operated "**Ancient Ways in a Modern World**"
- Metal Sculpting
- Wood Carving of "Island Tiki's"

### RELEVANT MILITARY TRAINING

- Terrorism Awareness
- Reconaissance Tactics
- Operations Against Guerrilla Units
- Marine Corps Leadership
- Weapons
- Sergeants Distance Education Program
- Principles of Instruction for the Marine Non Commissioned Officer

### HONORS

- Honor Graduate - Boot Camp
- Purple Heart
- Good Conduct Medal
- Combat Action Ribbon
- Humanitarian Medal
- Expeditionary Medal
- Global War on Terrorism Medals
- National Defense Service Medal
- Expert Award, Rifle Badge

8

- Scholarship recipient - Ruth May Seberry Memorial Scholarship from Chapter 333 of Vietnam Veterans of America (2008)
- Scholarship recipient – from Michael Stapleton Associates (2010)

### Conclusion:

Doctor Shaner has/is Intentionally Inflicting Emotional Stress in attempting to "Promote Suicide," of a Nigel Edge, a honorable severely wounded handicapped veteran (survivor of multiple previous hate crimes) who Dr. Shaner owes a duty to provide care. Observed in LGBQT plan, and code used Dr. Shaner has admitted being a LGBQT/Pedophile/terrorist through its use and actions.

Therefore is committing TREASON observed in supporting cases below.

Code observed in Dates and prescriptions used.

-Intentionally lying on lab work

-Sent to dipsy clinic (see dead, or see pepe in LGBQT code)

### Relief;

Observed in this case with PROOF BEYOND A REASONABLE DOUBT that Nigel Edge has withstood Harassment by Doctor Shaner following a TREASONOUS LGBQT/Pedophile/terrorist Plan "Promoting Suicide" the plaintiff is provided $75,000.00 in relief for psychological stress and Intentionally inflicting Emotional Stress on a already Handicapped Veteran.

X  Nigel Edge  5/7/25

9

**25CV002384-090**

# STATE OF NORTH CAROLINA

_____BRUNSWICK_____ County

File No. _____ CV

In The General Court Of Justice
☐ District ☐ Superior Court Division

Name Of Plaintiff: Nigel Edge
Address: 157 NW 10th St
City, State, Zip: Oak Island, NC 28465

**VERSUS**

Name Of Defendant(s): Brian Shaner
3114 Croasdaile Dr.
Durham NC

# CIVIL SUMMONS
☐ ALIAS AND PLURIES SUMMONS (ASSESS FEE)

G.S. 1A-1, Rules 3 and 4

Date Original Summons Issued:

Date(s) Subsequent Summons(es) Issued:

**To Each Of The Defendant(s) Named Below:**

Name And Address Of Defendant 1:

Name And Address Of Defendant 2:

⚠ **IMPORTANT!** You have been sued! These papers are legal documents, DO NOT throw these papers out! You have to respond within 30 days. You may want to talk with a lawyer about your case as soon as possible, and, if needed, speak with someone who reads English and can translate these papers!

**¡IMPORTANTE!** ¡Se ha entablado un proceso civil en su contra! Estos papeles son documentos legales. ¡NO TIRE estos papeles!
Tiene que contestar a más tardar en 30 días. ¡Puede querer consultar con un abogado lo antes posible acerca de su caso y, de ser necesario, hablar con alguien que lea inglés y que pueda traducir estos documentos!

**A Civil Action Has Been Commenced Against You!**

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or plaintiff's attorney within thirty (30) days after you have been served. You may serve your answer by delivering a copy to the plaintiff or by mailing it to the plaintiff's last known address, and
2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

Name And Address Of Plaintiff's Attorney (if none, Address Of Plaintiff):
Pro Se
157 NW 10th St
Oak Island NC 28465

Date Issued: 5/7/2025
Time: 4:03 ☐ AM ☒ PM
Signature: [signed]
☒ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court

☐ **ENDORSEMENT (ASSESS FEE)**
This Summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this Summons must be served is extended sixty (60) days.

Date Of Endorsement:
Time: ☐ AM ☐ PM
Signature:
☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court

**NOTE TO PARTIES:** Many counties have **MANDATORY ARBITRATION** programs in which most cases where the amount in controversy is $25,000 or less are heard by an arbitrator before a trial. The parties will be notified if this case is assigned for mandatory arbitration, and, if so, what procedure is to be followed.

(Over)

AOC-CV-100, Rev. 12/23
© 2023 Administrative Office of the Courts

## RETURN OF SERVICE

I certify that this Summons and a copy of the complaint were received and served as follows:

### DEFENDANT 1

| Date Served | Time Served | AM ☐ PM ☐ | Name Of Defendant |
|---|---|---|---|
| | | | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)*

| ☐ Acceptance of service. Summons and complaint received by: ☐ Defendant 1. ☐ Other: *(type or print name)* | Date Accepted | Signature |
|---|---|---|

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason:

### DEFENDANT 2

| Date Served | Time Served | AM ☐ PM ☐ | Name Of Defendant |
|---|---|---|---|
| | | | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)*

| ☐ Acceptance of service. Summons and complaint received by: ☐ Defendant 2. ☐ Other: *(type or print name)* | Date Accepted | Signature |
|---|---|---|

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason:

| Service Fee Paid $ | Signature Of Deputy Sheriff Making Return |
|---|---|
| Date Received | Name Of Sheriff (type or print) |
| Date Of Return | County Of Sheriff |

AOC-CV-100, Side Two, Rev. 12/23
© 2023 Administrative Office of the Courts

| STATE OF NORTH CAROLINA | FILED | File No. 25CV002384-090 |
|---|---|---|
| Brunswick County | DATE: May 7, 2025<br>TIME: 4:07:07 PM<br>BRUNSWICK COUNTY<br>CLERK OF SUPERIOR COURT<br>BY: H. Walden | In The General Court Of Justice |

Name And Address Of Plaintiff
Nigel Edge
157 NW 10th St
Oak Island NC 28465

VERSUS

Name And Address Of Defendant
Brian Shaver
3114 Croasdaile Dr.
Durham NC

SERVICEMEMBERS CIVIL RELIEF ACT
DECLARATION

G.S. Ch. 127B, Art. 4; 50 U.S.C. 3901 to 4043

NOTE: Though this form may be used in a Chapter 45 Foreclosure action, it is not a substitute for the certification that may be required by G.S. 45-21.12A.

## DECLARATION

I, the undersigned Declarant, under penalty of perjury declare the following to be true:

1. As of the current date: (check one of the following)
   - [ ] a. I have personal knowledge that the defendant named above is in military service.*
   - [x] b. I have personal knowledge that the defendant named above is **not** in military service.*
   - [x] c. I am unable to determine whether the defendant named above is in military service.* (NB)

2. As of the current date, I  [ ] have  [ ] have not  received a copy of a military order from the defendant named above relating to State active duty as a member of the North Carolina National Guard or service similar to State active duty as a member of the National Guard of another state. See G.S. 127B-27 and G.S. 127B-28(b).

3. I  [ ] used  [ ] did not use  the Servicemembers Civil Relief Act Website (https://scra.dmdc.osd.mil/) to determine the defendant's federal military service.
   - [ ] The results from my use of that website are attached.
   (NOTE: The Servicemembers Civil Relief Act Website is a website maintained by the Department of Defense (DoD). If DoD security certificates are not installed on your computer, you may experience security alerts from your internet browser when you attempt to access the website. Members of the North Carolina National Guard under an order of the Governor of this State and members of the National Guard of another state under an order of the governor of that state will not appear in the SCRA Website database.)

4. The following facts support my statement as to the defendant's military service: (State how you know the defendant is or is not in the military. Be specific.)

*NOTE: The term "military service" includes the following: active duty service as a member of the United States Army, Navy, Air Force, Marine Corps, Space Force, or Coast Guard; service as a member of the National Guard under a call to active service authorized by the President or the Secretary of Defense for a period of more than 30 consecutive days for purposes of responding to a national emergency; active service as a commissioned officer of the Public Health Service or of the National Oceanic and Atmospheric Administration; any period of service during which a servicemember is absent from duty on account of sickness, wounds, leave, or other lawful cause. 50 U.S.C. 3911(2). The term "military service" also includes the following: State active duty as a member of the North Carolina National Guard under an order of the Governor pursuant to Chapter 127A of the General Statutes, for a period of more than 30 consecutive days; service as a member of the National Guard of another state who resides in North Carolina and is under an order of the governor of that state that is similar to State active duty, for a period of more than 30 consecutive days. G.S. 127B-27(3) and G.S. 127B-27(4).

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

| Date | Signature Of Declarant | Name Of Declarant (type or print) |
|---|---|---|
| 5/7/2025 | Nigel Edge | Nigel Edge |

NOTE TO COURT: Do not proceed to enter judgment in a non-criminal case in which the defendant has not made an appearance until a Servicemembers Civil Relief Act affidavit or declaration (whether on this form or not) has been filed, and if it appears that the defendant is in military service, do not proceed to enter judgment until such time that you have appointed an attorney to represent him or her.

(Over)

# Information About Servicemembers Civil Relief Act Affidavits And Declarations

1. **Plaintiff to file affidavit/declaration**
   In any civil action or proceeding, including any child custody proceeding, in which the defendant does not make an appearance, the court, before entering judgment for the plaintiff, shall require the plaintiff to file with the court an affidavit—
   (A) stating whether or not the defendant is in military service and showing necessary facts to support the affidavit; or
   (B) if the plaintiff is unable to determine whether or not the defendant is in military service, stating that the plaintiff is unable to determine whether or not the defendant is in military service.
   50 U.S.C. 3931(b)(1).

2. **Appointment of attorney to represent defendant in military service**
   If in a civil action or proceeding in which the defendant does not make an appearance it appears that the defendant is in military service, the court may not enter a judgment until after the court appoints an attorney to represent the defendant. If an attorney appointed to represent a service member cannot locate the service member, actions by the attorney in the case shall not waive any defense of the service member or otherwise bind the service member. 50 U.S.C. 3931(b)(2). State funds are not available to pay attorneys appointed pursuant to the Servicemembers Civil Relief Act. To comply with the federal Violence Against Women Act and in consideration of G.S. 50B-2(a), 50C-2(b), and 50D-2(b), plaintiffs in Chapter 50B, Chapter 50C, and Chapter 50D proceedings should not be required to pay the costs of attorneys appointed pursuant to the Servicemembers Civil Relief Act. Plaintiffs in other types of actions and proceedings may be required to pay the costs of attorneys appointed pursuant to the Servicemembers Civil Relief Act. The allowance or disallowance of the ordering of costs will require a case-specific analysis.

3. **Defendant's military status not ascertained by affidavit/declaration**
   If based upon the affidavits filed in such an action, the court is unable to determine whether the defendant is in military service, the court, before entering judgment, may require the plaintiff to file a bond in an amount approved by the court. If the defendant is later found to be in military service, the bond shall be available to indemnify the defendant against any loss or damage the defendant may suffer by reason of any judgment for the plaintiff against the defendant, should the judgment be set aside in whole or in part. The bond shall remain in effect until expiration of the time for appeal and setting aside of a judgment under applicable Federal or State law or regulation or under any applicable ordinance of a political subdivision of a State. The court may issue such orders or enter such judgments as the court determines necessary to protect the rights of the defendant under this Act. 50 U.S.C. 3931(b)(3).

4. **Satisfaction of requirement for affidavit/declaration**
   The requirement for an affidavit above may be satisfied by a statement, declaration, verification, or certificate, in writing, subscribed and certified or declared to be true under penalty of perjury. 50 U.S.C. 3931(b)(4). The presiding judicial official will determine whether the submitted affidavit is sufficient.

5. **Penalty for making or using false affidavit/declaration**
   A person who makes or uses an affidavit permitted under 50 U.S.C. 3931(b) (or a statement, declaration, verification, or certificate as authorized under 50 U.S.C. 3931(b)(4)) knowing it to be false, shall be fined as provided in title 18, United States Code, or imprisoned for not more than one year, or both. 50 U.S.C. 3931(c).