UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:25-cv-01112-M-RN

| | |
|---|---|
| NIGEL EDGE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) MOTION TO DISMISS |
| V. | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

Defendant, by and through the Acting United States Attorney for the Eastern District of North Carolina, respectfully moves this Court to dismiss this action pursuant to Federal Rule of Civil Procedure 12(b)(6).

A memorandum of law in support is being filed contemporaneously with this motion.

Respectfully submitted, this 17th day of June 2025.

        DANIEL P. BUBAR
        Acting United States Attorney

        BY: /s/ Rudy E. Renfer
        RUDY E. RENFER
        Assistant United States Attorney
        Civil Division
        150 Fayetteville St, Suite 2100
        Raleigh, NC 27601
        Telephone: (919) 856-4530
        Email: rudy.e.renfer@usdoj.gov
        N.C. Bar # 23513
        Attorney for Defendant

<u>CERTIFICATE OF SERVICE</u>

I do hereby certify that I have this 17th day of June 2025, served a copy of the foregoing upon the below-listed party by electronically filing the foregoing with the Court on this date using the CM/ECF system or placing a copy in the United States Mail to the following:

Nigel Max Edge
157 NW 10th Street
Oak Island, NC 28465

<u>/s/ Rudy E. Renfer</u>
RUDY E. RENFER
Assistant United States Attorney
Civil Division
150 Fayetteville St, Suite 2100
Raleigh, NC 27601
Telephone: (919) 856-4530
Email: rudy.e.renfer@usdoj.gov
N.C. Bar # 23513
Attorney for Defendant